**MICHAEL J. NEDICK**
ATTORNEY AT LAW
888 GRAND CONCOURSE
THE BRONX, NEW YORK 10451

(718) 665-9533
FAX: (718) 665-9147

MEMBER N.Y. & N.J. BARS

**VIA ECF**

February 19, 2020

NEW JERSEY OFFICE
24 ALMADERA DRIVE
WAYNE, NEW JERSEY 07470

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/24/2020

Re:   United States v. Daisy Confesor
      20-CR- 59 (VSB)

Your Honor:

   I write to respectfully request a modification of Ms. Confesor's bail conditions. As a condition of Ms. Confesor's release, she was subject to home confinement with the exception of work, court appearances, meetings with counsel and pre-approved appointments. I hereby request that her conditions be modified, to the extent of allowing her to leave her residence daily at 7:00 a.m., with a curfew of 9:00 p.m. As Ms. Confesor is wearing a GPS device, this proposed condition would be easily verifiable. All other conditions, as initially set, would remain in full effect.

   I have spoken to both Assistant United States Julianna Murray, and Pretrial Officer Josh Rothman, and they have no objection to this request.

   Thank you for your consideration in this matter.

Respectfully submitted,

MICHAEL J. NEDICK

MJN/yb

cc:   AUSA Julianna Murray
      USPTO Josh Rothman
      *By Electronic Mail*