

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 4/22/2020
>
> The status conference scheduled for April 23, 2020 is hereby adjourned to June 26, 2020 at 2:30 p.m. The parties shall provide us with a status update in the case on or before June 15, 2020, including whether or not any motions will be filed. The adjournment is necessary in light of the courts standing order in 20-mc-196 (CM). The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 23, 2020 and June 26, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Confesor et al.,* 20 Cr. 59 (VSB)

Dear Judge Broderick,

  The Government respectfully submits this letter on behalf of all parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for April 23, 2020, at 12:30 p.m., to a date and time convenient to the Court on or after June 22, 2020.

  The Government respectfully requests that time between April 23, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consent to this request.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney for the
            Southern District of New York

     By:   /s/ Juliana N. Murray
         Juliana N. Murray
         Assistant United States Attorney
         (212) 637-2314

cc:  All Counsel of Record (via ECF)