

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Daisy Confesor et al.*, 20 Cr. 59 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter on behalf of all parties in advance of the pretrial conference presently scheduled for October 30, 2020, at 10:00 a.m. The parties respectfully request that the conference be conducted remotely and understand, in light of that request, that the Court has asked to reschedule the conference. The parties have conferred and are available on the following dates and times:

    Tuesday, November 10, 2020:  12:00 p.m. to 5:00 p.m.
    Wednesday, November 11, 2020:  12:00 p.m. to 5:00 p.m.

    The Government respectfully requests that time between October 30, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that all defense counsel consent to this request.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  10/29/2020

The status conference scheduled for October 30, 2020 is hereby adjourned to November 10, 2020 at 12:30 p.m. The adjournment is necessary to permit parties time to continue discussing a possible pretrial disposition of this matter, and to allow counsel to prepare any motions. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 30, 2020 and November 10, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _/s/ Juliana Murray_
    Juliana N. Murray
    Assistant United States Attorney
    (212) 637-2314

    cc:    All Counsel of Record (via ECF)