**MICHAEL J. NEDICK**
**ATTORNEY AT LAW**
888 Grand Concourse
Bronx, New York 10451
718-665-9533

nedicklaw@gmail.com                                                    718-665-9147-fax
                                                                        917-446-5981-cell

November 20, 2020

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/22/2020

Re: United States v. Daisy Confessor
    20 Cr. 59 (VSB)

Your Honor:

I write to respectfully request a modification of Ms. Confesor's bail conditions. At the current time Mr. Confesor has a curfew of 9:00 p.m. I hereby request that her bail conditions be modified to the extent that on November 26, 2020, December 25, 2020 and December 31, 2020 her curfew be extended until 12:00 a.m. All other conditions, as initially set, would remain in full effect.

I have spoken to both Assistant United States Julianna Murray, and Pretrial Officer Josh Rothman, and they have no objection to this request.

Thank you for your consideration.

Very truly yours,

MICHAEL J. NEDICK

MJN/yb

cc: AUSA Julianna Murray
    USPTO Josh Rothman