MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
718-665-9533

nedicklaw@gmail.com

718-665-9147-fax
917-446-5981-cell

December 14, 2020

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/16/2020

Re: United States v. Daisy Confessor
20 Cr. 59 (VSB)

Your Honor:

On November 20, 2020, I requested that this Court modify Mr. Confesor's curfew on December 25, 2020 and two other dates. The Court granted this request. I have learned that I was mistaken asking for a modification on December 25, 2020. The request should have been for December 24, 2020. I hereby request that her bail conditions be modified to the extent that her curfew be extended until 12:00 a.m. on December 24, 2020, rather than December 25, 2020. All other conditions, as initially set, would remain in full effect.

I have spoken to both Assistant United States Julianna Murray, and Pretrial Officer Scott Moscato, and they have no objection to this request.

Thank you for your consideration.

Very truly yours,

MICHAEL J. NEDICK

MJN/yb
cc: AUSA Julianna Murray
    USPTO Scott Moscato