```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :   20
                                      :   ~~19~~ CR 59 (VSB)
    -against-                         :   ORDER
                                      :
Daisy Confesor                        :
                                      :
        Defendant                     :
                                      :
--------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021

Vernon S. Broderick, United States District Judge:

ORDERED that the defendant's bail be modified to remove the conditions of curfew and GPS monitoring.

Dated: New York, New York
       February 11, 2021

SO ORDERED

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge