U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2021

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Daisy Confesor et al.*, 20 Cr. 59 (VSB)

Dear Judge Broderick:

The Government respectfully writes in advance of the pretrial conference presently scheduled for March 2, 2021 at 12:00 p.m. Due to a scheduling conflict, the parties respectfully request an adjournment of approximately one week. The parties are available for the rescheduled pretrial conference on March 8, 9, 10, or 11 at 12:00 p.m. This is the parties' first request for an adjournment of this conference.

The Government respectfully requests that time between March 1, 2021 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that all defense counsel consent to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.   3/1/2021

The status conference scheduled for March 2, 2021 is hereby adjourned to March 9, 2021 at 9:00 a.m. The parties shall dial 888-363-4749 and access code 2682448 for the conference. The adjournment is necessary to permit counsel sufficient time to prepare to discuss pretrial motions at the next scheduled conference. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 2, 2021 and March 9, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.