**LUIS O. DIAZ, ESQ. PLLC**

ATTORNEY AND COUNSELOR AT LAW

MEMBER NY, NJ & D.C. BAR

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

December 21, 2021

**BY ELECTRONIC COURT FILING**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/21/2021

Re: *U.S. v. Kaila Minaya Marcano-Pena*
Case No. 20 Cr. 59 (VSB)

Dear Judge Broderick:

My office represents Ms. Kaila Minaya Marcano-Pena in connection with the above-captioned matter. I write to request that the Court permit Ms. Marcano-Pena to travel to 3982 Northwest 39th Avenue, Lauderdale Lakes, FL 33309 for a faith retreat from December 25, 2021 through January 5, 2022. She will be traveling by car from Maryland, where she currently resides.

Counsel has communicated with AUSA Juliana Murray and the Government has no objection to this request. Counsel emailed Pretrial Services officer Bernisa Mejia and Izlia Sanchez yesterday. Ms. Mejia's email was returned as undeliverable and Ms. Sanchez has not responded. Counsel subsequently spoke to Supervising Pretrial officer Troy Scott in the District of Maryland where Ms. Marcano Pena is supervised who indicated he has no objection to this request.

Ms. Marcano-Pena respectfully requests that the Court allow her to accompany her family to this faith retreat as the Court has allowed in the past.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Juliana Murray, Assistant U.S. Attorney (Via ECF)