MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com                                                      718-665-9147-fax

September 27, 2023

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 10/17/2023

    Re: United States of America v. Daisy Confesor
       20 Cr. 59-01 (VSB)

Your Honor:

    On July 27, 2023, Your Honor sentenced Ms. Confessor to 50 months incarceration. She has since surrendered and is currently serving her sentence at FCI Danbury. As a condition of her pre-trial release, she was required to surrender her passport, which is currently being held by Pretrial Services. On her behalf, I am requesting that her passport be released to a family member, as it is no longer needed to secure her release.

                                                    Respectfully submitted,

                                                    MICHAEL J. NEDICK

cc: Izlia Sanchez
     U.S. Pretrial Services