UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,          :

                                                :

                    Plaintiff   :

                                                :                  20-CR-59-1 (VSB)

                -against-              :

                                                :                    <u>**ORDER**</u>

DAISY CONFESOR,                     :

                                                :

                    Defendant.  :

                                                :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court is in receipt of Defendant's pro se motion to reduce her sentence. (Doc. 175.) Additionally, the Probation Office has prepared an Amended Presentence Report analyzing whether Defendant is eligible for a sentence reduction pursuant to U.S.S.G. § 1B1.10 and 18 U.S.C. § 3582(c)(2). (Doc. 178.) Accordingly, it is hereby:

       ORDERED that the Government file a response to Defendant's motion by October 23, 2024.

SO ORDERED.

Dated:      September 23, 2024
               New York, New York

                                                                  _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge